# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:26-cr-00028-CDS-BNW |
| Plaintiff | **Order Setting Hearing on Defendant's Motion to Dismiss and Status Conference** |
| v. | |
| Tyson J. Houston, | |
| Defendant | |

Defendant Tyson Houston received a speeding citation in March 2025. Violation, ECF No. 1 (sealed). He made his initial appearance in January 2026. Mins., ECF No. 11. Since that time, Houston has filed a notice of intent to proceed pro se (ECF No. 13), a motion to dismiss for lack of jurisdiction (ECF No. 16), and a notice of non-consent that includes a demand for a jury trial before an Article III district judge (ECF No. 20).

The motion to dismiss is fully briefed. Resp., ECF No. 19; Reply, ECF No. 22. Because this case cannot proceed to trial until the motion is resolved, the parties are required to attend a hearing on the motion on March 13, 2026, at 10:00 a.m., in LV Courtroom 6B.

Dated: March 3, 2026

_____
Cristina D. Silva
United States District Judge