# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No.: 2:26-cr-00028-CDS-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Tyson J. Houston, | |
| Defendant. | |

An arraignment and plea hearing is set for April 8, 2026, at 2:30 p.m.  Defendant Tyson J. Houston must appear in person in courtroom 3C for that hearing.

IT IS SO ORDERED.

DATED: March 26, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1