# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff

v.

TYSON J. HOUSTON,

      Defendant

Case No. 2:26-cr-00028-CDS-BNW

**Order Granting  Motion to Dismiss the Information**

[ECF No. 44]

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Information against Defendant Tyson J. Houston.

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Joseph S. Sciscento*
JOSEPH S. SCISCENTO
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Accordingly, the June 1, 2026 trial is vacated and the information [ECF No. 28] is dismissed without prejudice.

The Clerk of Court is kindly directed to close this case.

Dated: May 26, 2026

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE